IN THE SUPREME COURT OF TEXAS

 No. 08-1076

 IN RE DEERE & COMPANY D/B/A JOHN DEERE COMPANY AND JOHN DEERE CONSTRUCTION
 & FORESTRY COMPANY

 On Petition for Writ of Mandamus

ORDERED:

 1. Relator's emergency motion for temporary relief, filed December
30, 2008, is granted. The order dated December 5, 2008, Order Granting
Plaintiffs' Motion to Compel, in Cause No. C200600172, styled Francesca
Martinez, individually and as next friend to Arturo Martinez v. Deere &
Company d/b/a John Deere Company, et al., in the 18th District Court of
Johnson County, Texas, is stayed pending further order of this Court.
 2. The petition for writ of mandamus remains pending before this
Court.

 Done at the City of Austin, this January 14, 2009.
 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk